IN THE SUPREME COURT OF THE STATE OF NEVADA

NEELKANTH HOSPITALITY, LLC, AN
OREGON LIMITED LIABILITY
COMPANY,
                    Appellant,
          vs.
MOMENI CONSTRUCTION, INC., A
NEVADA CORPORATION,
                    Respondent.

No. 83989

FILED

MAY 2 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. The parties have now filed a stipulation to dismiss this appeal. Cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Hon. Christy L. Craig, District Judge
       Lansford W. Levitt, Settlement Judge
       The Faux Law Group
       Holland & Hart LLP/Las Vegas
       Eighth District Court Clerk

22-16858